Lamar D. Jordan
4545 St Johns Avenue
Dayton, Ohio 45406
lamardjordan@hotmail.com
937-818-3267
01/11/2025

**2:25 CV 0 1 5 6**

FILED
RICHARD W. NAGEL
CLERK OF COURT

FEB 14 2025 1:30 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

Office of the Clerk
U.S. District Court for the Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse Room 121
85 Marconi Boulevard
Columbus, Ohio 43215
Clerks_Office@ohsd.uscourts.gov

**JUDGE   WATSON**

**MAGISTRATE JUDGE  VASCURA**

Re: Complaint Against Montgomery County Child Support Enforcement Agency
Case No: 7024151867
Case No: 7060227076

Dear Clerk of Court,

I, Lamar Dion Jordan, residing in Dayton, Ohio, hereby submit this formal complaint against the Montgomery County Child Support Enforcement Agency (MCCSEA) located at 1111 S Edwin C Moses Blvd, Dayton, Ohio 45417. This complaint outlines multiple violations and misconduct that have resulted in negligence and damages, occurring repeatedly over the past 20 years.

Statement of Claim:

Negligence and Misconduct: The MCCSEA has demonstrated repeated negligence in the handling of child support cases, leading to financial hardships and emotional distress for myself and my family. Failures include erroneous payment calculations and lack of timely updates regarding case status.

Violations of Federal Regulations and Statutes:

Fair Credit Reporting Act (FCRA)
15 USC 1681: The agency has improperly reported information to credit bureaus that has negatively impacted my credit rating.
32 CFR 536.77(a)(3)(vii) and 42 CFR 488.301: These regulations regarding administrative procedures and standards relating to public assistance were not properly adhered to, resulting in harm to my case.
18 USC 1621: I believe there have been instances of perjury or false statements made by agency representatives in court proceedings.
42 USC 1986: There has been a failure to prevent the continuation of these violations despite being aware of the circumstances.
18 USC 1964(c) and 18 USC 1001: The persistent misconduct and misinformation can be construed as a practice of racketeering and false statements, respectively.
18 USC 876 and 18 USC 1341: These statutes related to extortion and mail fraud are applicable as I believe my rights and entitlements have been compromised

for unethical gain.

Seeking Corrective Action: I request the court to take corrective action against the above-mentioned agency to address these repeated violations and provide redress for the damages incurred. I seek compensation for financial losses, emotional distress, and any punitive damages deemed appropriate given the extensive timeline of misconduct.

Conclusion:
This complaint outlines a pattern of behavior by the Montgomery County Child Support Enforcement Agency that has caused significant harm. I urge the court to take this matter seriously and facilitate a resolution that not only addresses my grievances but also enforces compliance with applicable laws to prevent future misconduct.

Thank you for your attention to this matter. I am ready to provide any further information or documentation necessary for the processing of this complaint.

Sincerely,

Lamar Dion Jordan

Lamar Dion Jordan

01/11/2025