# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LAMAR D. JORDAN, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-200 |
| | : | |
| v. | : | |
| | : | Judge Thomas M. Rose |
| MONTGOMERY COUNTY CHILD | : | |
| SUPPORT ENFORCEMENT | : | Magistrate Judge Caroline H. Gentry |
| AGENCY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ENTRY AND ORDER OF DISMISSAL WITHOUT PREJUDICE

This action is before the Court upon Plaintiff Lamar D. Jordan's ("Jordan") failure to comply with the Court's Order to Show Cause Regarding Service of Process ("Show Cause Order") (Doc. No. 25). In issuing the Show Cause Order, the Court required Jordan to show cause on or before Friday, February 20, 2025, why he has failed to serve Defendant Ohio Department of Job and Family Services ("ODJFS") within the time prescribed by the Federal Rules of Civil Procedure. (Doc. No. 25 at PageID 132.)

Pursuant to Fed. R. Civ. P. 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court … must dismiss the action or order that service be made within a specified time." "The [90]-day time limit may be extended by the court only if the plaintiff demonstrates good cause for failure to timely serve the defendant." *Leisure v. Ohio*, 12 F. App'x. 320, 321 (6th Cir. 2001) (citations omitted). Jordan has failed to even make an attempt at serving ODJFS here and he has neither demonstrated good cause for that failure, nor has he established good cause to extend the time in which he may properly serve ODJFS. Therefore, in accordance

1

with Rule 4(m), the Court hereby **DISMISSES** Jordan's claims against ODJFS **WITHOUT**

**PREJUDICE**.  This ruling finally disposes of Jordan's Amended Complaint (Doc. No. 10) and

the Clerk is directed to **TERMINATE** this action on the Court's docket.

  **DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, February 24, 2026.

           s/Thomas M. Rose

          _____
            THOMAS M. ROSE
         UNITED STATES DISTRICT JUDGE